DAVID H. KRAMER, State Bar No. 168452
BART E. VOLKMER, State Bar No. 223732
JACOB T. VELTMAN, State Bar No. 247597
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
dkramer@wsgr.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GARY BLACK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | No. C 10-02381 CW <br><br> **STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT** |

Plaintiffs Gary Black, individually doing business as Cal Bay Construction, and Holly Beam-Black, individually doing business as Castle Roofing, and Defendant Google Inc. jointly submit the following Stipulation Extending Defendant's Time to Answer, Move, or Otherwise Respond to Complaint.

1. The filing deadline for Google to answer, move, or otherwise respond to the Complaint was initially set for June 22, 2010.

2. The undersigned parties agreed and stipulated that Google's deadline to answer, move, or otherwise respond to the Complaint shall be July 2, 2010.

/ / /

Respectfully submitted,

DATED: July 2, 2010

DAVID H. KRAMER (State Bar No. 168452)
WILSON SONSINI GOODRICH & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA  94304
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100


By: /s/ David H. Kramer
        David H. Kramer

*Attorneys for Defendant*

DATED: July 2, 2010

GARY BLACK (Acting *Pro Se*)
101 Auld Court
Green Valley Falls, CA 94534
Telephone: (707) 373-2960


By: /s/ Gary Black
        Gary Black

*Plaintiff*

DATED: July 2, 2010

HOLLI BEAM-BLACK (Acting *Pro Se*)
101 Auld Court
Green Valley Falls, CA 94534
Telephone: (707) 373-2960


By: /s/ Holli Beam-Black
        Holli Beam-Clack

*Plaintiff*

IT IS SO ORDERED
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ECF CERTIFICATION

I, David H. Kramer, am the ECF User whose identification and password are being used to file this STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT.  I hereby attest that Plaintiffs have concurred in this filing.

Dated:  July 2, 2010                              WILSON SONSINI GOODRICH & ROSATI
                                                                    Professional Corporation


                                                                    By:  /s/ David H. Kramer
                                                                              David H. Kramer