DAVID H. KRAMER, State Bar No. 168452
BART E. VOLKMER, State Bar No. 223732
JACOB T. VELTMAN, State Bar No. 247597
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
dkramer@wsgr.com

*Attorneys for Defendant Google Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GARY BLACK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE INC., <br><br> Defendant. | No. C 10-02381 CW <br><br> **DEFENDANT GOOGLE INC.'S OBJECTION AND MOTION TO STRIKE PLAINTIFFS' "OBJECTION"** |

**OBJECTION AND MOTION TO STRIKE**

On August 13, 2010, the Court granted with prejudice defendant Google Inc.'s ("Google") motion to dismiss Plaintiffs' Complaint. (Docket No. 26). On August 25, 2010, Plaintiffs filed a paper entitled "Objection." (Docket No. 28). That nearly incomprehensible document should be stricken because it contains scurrilous allegations and there is no basis in any rule or statute for its filing.

Plaintiffs should also be reminded of their duties under Rule 11 and 28 U.S.C. § 1927. Plaintiffs have paid little heed to the Federal Rules or the Local Rules during this litigation:

- Plaintiffs filed a free-standing "declaration" on the same day that Google filed its motion to dismiss even though there is no basis for such a filing under the Federal Rules or the Local Rules. (Docket No. 13).

- Plaintiffs filed a premature motion for judgment on the pleadings before the pleadings were closed in violation of Rule 12(c) and controlling Ninth Circuit authority. (Docket No. 15).

- Plaintiffs filed serial memoranda responding to Google' motion to dismiss in violation of Civil Local Rule 7-3. (Docket Nos. 15, 16).

- Plaintiffs filed a "Declaration For Damages," again without any authority, after the briefing was closed on the pleadings motions. (Docket No. 23).

- After judgment was entered, Plaintiffs filed an "Objection" to the Court's order dismissing their case with prejudice. (Docket No. 28).

These actions have caused undue burden and expense and are not excused based on Plaintiffs' *pro se* status. *See United States v. Merrill*, 746 F. 2d 458, 465 (9th Cir. 1984) (a pro se litigant "is subject to the same rules of procedure and evidence as defendants who are represented by counsel."). While Google has exercised restraint on these matters, it respectfully requests that the Court warn

//

//

Plaintiffs that any further unauthorized submissions or baseless personal attacks will result in sanctions.

Dated: August 30, 2010               Respectfully submitted,

                                     WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation


                                     By: /s/    David H. Kramer
                                             David H. Kramer

                                     Attorneys for Defendant Google Inc.

**CERTIFICATE OF SERVICE NON-ECF FILERS**

I, Deborah Grubbs, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date I served:

**DEFENDANT GOOGLE INC.'S OBJECTION AND MOTION TO STRIKE PLAINTIFFS' "OBJECTION"**

☒ **VIA U.S. MAIL:** By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date addressed to the person(s) listed below. I am familiar with our business practices for collecting and processing of mail for the United States Postal Service. Mail placed by me within the office for collection for the United States Postal Service would normally be deposited with the United States Postal Services that same day in the ordinary course of business.

<u>NON-ECF FILERS</u>

Gary Black
Holli Beam-Black
101 Auld Court
Green Valley Falls, CA 94534

☒ **BY E-MAIL:** by causing to be transmitted via e-mail the document(s) listed above to the addressee(s) at the e-mail address(es) listed below.

<u>NON-ECF FILERS</u>

Gary Black
Holli Beam-Black
Email: gerald@raymondavich.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Palo Alto, California on August 30, 2010.

                                                                     /s Deborah Grubbs
                                                                      Deborah Grubbs